IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NATIONAL AMERICAN INSURANCE COMPANY**, an Oklahoma corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**C.R. WELSHIEMER COMPANY**, a Nebraska corporation, and **CHARLES R. and DELORES E. WELSHIEMER**,<br><br>Defendants. | CASE NO. 4:02CV3271<br><br>ORDER<br><br><br>CASE NO. BK05-85290<br><br>Chapter 7 |

This matter is before the Court on the Defendants' Suggestion of Bankruptcy (Filing No. 40). Pursuant to NEGenR 1.5(a), this matter is referred to the United States Bankruptcy Court for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 14th day of November, 2005.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge